1 Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
2 MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
3 Los Angeles, California 90017-2611
Telephone: (213) 620-0300
4 Facsimile: (213) 625-1930

5 Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
6 OF AMERICA and MASTERCARD
WORLDWIDE SHORT TERM DISABILITY
7 PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SOUZA, | Case No. 14-cv-4780 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MASTERCARD WORLDWIDE SHORT TERM DISABILITY PLAN, and MASTERCARD WORLDWIDE ACTIVE EMPLOYEES LONG TERM DISABILITY PLAN, | Response Date: November 21, 2014<br>New Response Date: December 19, 2014<br><br>Judge: Hon. Mag. Joseph C. Spero<br><br>Complaint Filed: October 27, 2014 |
| Defendants. | |

WHEREAS, Plaintiff Michael Souza ("Plaintiff") served upon defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") and the MASTERCARD WORLDWIDE SHORT TERM DISABILITY PLAN ("STD Plan") the Complaint in this action on October 31, 2014;

WHEREAS, responsive pleadings to the Complaint must be filed and served on behalf of Prudential and the STD Plan by November 21, 2014;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court for the Northern District, the parties wish to extend the time within which responsive pleadings to the Complaint must be filed and served by

1  Prudential and the STD Plan to December 19, 2014;

2      IT IS HEREBY STIPULATED by and between Plaintiff, Prudential and the
3  STD Plan, by and through their respective attorneys of record, that the time within
4  which responsive pleadings to Plaintiff's Complaint must be filed and served by
5  Prudential and the STD Plan is extended to December 19, 2014.

6      IT IS SO STIPULATED.

7  Dated: November 20, 2014    Nina Wasow
   Jacob Richards
8     LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

10     By: /s/Jacob Richards
   Jacob Richards
11     Attorneys for Plaintiff
   MICHAEL SOUZA

13  Dated: November 20, 2014    Linda M. Lawson
   MESERVE, MUMPER & HUGHES LLP

15     By: /s/Linda M. Lawson
   Linda M. Lawson
16     Attorneys for Defendants
   THE PRUDENTIAL INSURANCE
17     COMPANY OF AMERICA and
   MASTERCARD WORLDWIDE
18     SHORT TERM DISABILITY PLAN

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: November 20, 2014    MESERVE, MUMPER & HUGHES LLP

Dated: 12/2/14    By: /s/Linda M. Lawson
   Linda M. Lawson
   Attorneys for Defendant
   PRUDENTIAL INSURANCE
   COMPANY OF AMERICA and
   MASTERCARD WORLDWIDE
   SHORT TERM DISABILITY PLAN

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

140741.1

2

Case No. 14-cv-4780 JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT